# Exhibit 3



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 12, 2022

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM
THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *7,705,565*
ISSUE DATE: *April 27, 2010*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

John Burson
Certifying Officer



US007705565B2

(12) **United States Patent**
Patino et al.

(10) **Patent No.:**     **US 7,705,565 B2**
(45) **Date of Patent:**       **Apr. 27, 2010**

(54) **METHOD AND SYSTEM FOR WIRELESS CHARGING**

(75) Inventors: **Joseph Patino**, Pembroke Pines, FL (US); **Ronald S. Coapstick**, Ft. Lauderdale, FL (US)

(73) Assignee: **Motorola, Inc.**, Schaumburg, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 37 days.

(21) Appl. No.: **10/750,593**

(22) Filed: **Dec. 31, 2003**

(65)              **Prior Publication Data**

US 2005/0156569 A1      Jul. 21, 2005

(51) **Int. Cl.**
**H02J 7/00**          (2006.01)
**H02J 7/04**          (2006.01)
(52) **U.S. Cl.** ........................ **320/150**; 320/108; 320/112; 320/114
(58) **Field of Classification Search** ................. 320/150, 320/108, 128, 112, 114, 134, 127, 137, 136, 320/149
See application file for complete search history.

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,731,813 A | | 3/1988 | Schroeder |
| 5,471,128 A | | 11/1995 | Patino et al. |
| 5,600,225 A | * | 2/1997 | Goto ........................... 320/108 |
| 5,631,538 A | | 5/1997 | Komrsha |
| 5,734,254 A | | 3/1998 | Stephens |
| 5,963,012 A | | 10/1999 | Garcia et al. |
| 6,025,695 A | | 2/2000 | Friel et al. |
| 6,040,680 A | * | 3/2000 | Toya et al. ................... 320/108 |
| 6,057,668 A | * | 5/2000 | Chao ........................... 320/108 |

| | | | |
|---|---|---|---|
| 6,184,651 B1 | | 2/2001 | Fernandez et al. |
| 6,320,354 B1 | * | 11/2001 | Sengupta et al. ............ 320/132 |
| 6,819,083 B1 | | 11/2004 | Patino et al. |
| 2002/0175658 A1 | * | 11/2002 | Watts et al. ................. 320/150 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2352887 A | 2/2001 |
| JP | 11215727 | 8/1999 |
| KR | 2001-0074405 | 8/2001 |

OTHER PUBLICATIONS

Patent Office of the People's Republic of China, Notification of the First Office Action for Application No. 200480039580.X "Method and System for Wireless Charging" Applicant Motorola, Inc., Feb. 15, 2008, 10 pages.

(Continued)

*Primary Examiner*—Edward Tso
*Assistant Examiner*—Alexis Boateng
(74) *Attorney, Agent, or Firm*—Larry G. Brown

(57)                **ABSTRACT**

The invention concerns a system (**100**) and method (**300**) for charging a battery. The method includes the steps of supplying (**312**) a charging current to a battery (**110**), sensing (**314**) the charging current to the battery and selectively signaling (**316**) an electronic device (**118**) from the battery to indicate at least one parameter of the battery as the battery is receiving the charging current. As an example, the charging current can be from a wireless charger (**116**). In addition, the parameter can be, for example, a charging state of the battery or a predetermined current threshold of the charging current.

**18 Claims, 4 Drawing Sheets**



**US 7,705,565 B2**

Page 2

OTHER PUBLICATIONS

European Patent Office, Supplementary European Search Report for Application No. EP 04 81 5799 Applicant Motorola, Inc., Jun. 18, 2009, 3 pages.

Japan Patent Office, Office Action for Application No. 2006-547526, Nov. 18, 2008, 5 pages.

Japan Patent Office, Decision of Rejection for Application No. 2006-547526 "Method and System for Wireless Charging" Applicant Motorola, Inc., Jun. 9, 2009, 2 pages.

World Intellectual Property Organization, International Search Report for Application No. PCT/US2004/043798, Sep. 1, 2005, 1 page.

* cited by examiner



*FIG. 1*



FIG. 2



**FIG. 3**



## FIG. 4



## FIG. 5

US 7,705,565 B2

**1**

## METHOD AND SYSTEM FOR WIRELESS CHARGING

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates in general to portable electronic devices and more particularly to methods for wirelessly charging such devices.

2. Description of the Related Art

In today's marketplace, there is a plethora of portable electronic devices, many of which are powered by rechargeable batteries. Some manufacturers have begun producing chargers that can wirelessly charge these batteries. In such an arrangement, the charger can include a primary coil, and the rechargeable battery can include a secondary coil. When a time-varying current is applied to the first coil in the charger, a charging current can be generated in the secondary coil. Wireless charging is convenient in that it is unnecessary to couple any wires to the portable electronic device that houses the battery.

Many of the devices that are capable of being wirelessly charged, however, also have receptacles for receiving a charging wire from a conventional charger. In addition, the portable electronic device currently has no way to monitor the charging current from a wireless charger. Thus, the possibility exists that an end user will couple a standard charger to the portable device as it is being wirelessly charged, which may double the charging current. Consequently, the charging indicator, which informs the user of the amount of charge on the battery, may be inaccurate, and even worse, this excess current may damage the components of the portable device.

Even if the user avoids this scenario, the charging indicator may still provide erroneous readings. This disadvantage exists because many portable electronic devices rely on current thresholds to produce the readings of the charging indicator, particularly when the battery reaches its maximum charge voltage but is not yet fully charged. As noted earlier, there is no current way for the portable electronic device to monitor the charging current from a wireless charger.

### SUMMARY OF THE INVENTION

The present invention concerns a method for charging a battery. The method includes the steps of supplying a charging current to a battery, sensing the charging current to the battery and selectively signaling an electronic device from the battery to indicate at least one parameter of the battery as the battery is receiving the charging current. As an example, the charging current can be from a wireless charger. In addition, the parameter can be a charging state of the battery or a predetermined current threshold of the charging current.

In one arrangement, the battery can signal the electronic device over an input/output line, and the input/output line can be a preexisting reading conductor. As another example, the preexisting reading conductor can be a thermistor line. The method can also include the steps of disabling a charging circuit in the electronic device and updating a charging indicator of the electronic device. Further, the selectively signaling step can include the step of toggling the input/output line between a high state, a low state and a release state during the signaling step.

The present invention also concerns a system for charging a battery. The system includes a charger and a battery. The charger supplies a charging current to the battery, and the battery includes a charging monitor that senses the charging current and selectively signals an electronic device to indicate

**2**

at least one parameter of the battery as the battery is receiving the charging current. The system also includes suitable software and circuitry to carry out the processes described above.

### BRIEF DESCRIPTION OF THE DRAWINGS

The features of the present invention, which are believed to be novel, are set forth with particularity in the appended claims. The invention, together with further objects and advantages thereof, may best be understood by reference to the following description, taken in conjunction with the accompanying drawings, in the several figures of which like reference numerals identify like elements, and in which:

FIG. 1 illustrates a system for charging a battery in accordance with the inventive arrangements;

FIG. 2 illustrates in more detail the system of FIG. 1 in accordance with the inventive arrangements;

FIG. 3 illustrates a method for charging a battery in accordance with the inventive arrangements;

FIG. 4 illustrates a graph of a signal on an input/output line in accordance with the inventive arrangements;

FIG. 5 illustrates a graph of another signal on an input/output line in accordance with the inventive arrangements.

### DETAILED DESCRIPTION

While the specification concludes with claims defining the features of the invention that are regarded as novel, it is believed that the invention will be better understood from a consideration of the following description in conjunction with the drawing figures, in which like reference numerals are carried forward.

As required, detailed embodiments of the present invention are disclosed herein; however, it is to be understood that the disclosed embodiments are merely exemplary of the invention, which can be embodied in various forms. Therefore, specific structural and functional details disclosed herein are not to be interpreted as limiting, but merely as a basis for the claims and as a representative basis for teaching one skilled in the art to variously employ the present invention in virtually any appropriately detailed structure. Further, the terms and phrases used herein are not intended to be limiting but rather to provide an understandable description of the invention.

The terms a or an, as used herein, are defined as one or more than one. The term plurality, as used herein, is defined as two or more than two. The term another, as used herein, is defined as at least a second or more. The terms including and/or having, as used herein, are defined as comprising (i.e., open language). The term coupled, as used herein, is defined as connected, although not necessarily directly, and not necessarily mechanically. The terms program, software application, and the like as used herein, are defined as a sequence of instructions designed for execution on a computer system. A program, computer program, or software application may include a subroutine, a function, a procedure, an object method, an object implementation, an executable application, an applet, a servlet, a source code, an object code, a shared library/dynamic load library and/or other sequence of instructions designed for execution on a computer system.

Referring to FIG. 1, a system 100 for charging a battery 110 is shown. The battery 110 can include a battery charging circuit 112 and a charging monitor 114. In addition to the battery 110, the system 100 can include a charger 116, a power supply 117 and an electronic device 118. The battery 110 can provide power to the electronic device 118, and the electronic device 118 can be a cellular telephone, a two-way

US 7,705,565 B2

3

radio, a personal digital assistant or a messaging device or any other suitable unit that can receive power from the battery **110**.

The electronic device **118** can include an electronic device charging circuit **120**, a display **122** and a processor **124**, which can be coupled to the electronic device charging circuit **120** and the display **122**. Additionally, the electronic device charging circuit **120** can direct a charging current to the battery **110** if a charging current is being fed to the electronic device **118**. The display **122** can include a charging indicator **126**, which can be used to indicate to a user the level of charge of the battery **110**.

The charger **116** can supply a charging current to the battery charging circuit **112**, which can be used to charge one or more cells **128** of the battery **110**. In one arrangement, the charging monitor **114** can sense and monitor the charging current and the charging voltage on the battery **110** and can manipulate the battery charging circuit **112** to control both of them. Moreover, the charging monitor **114** can selectively signal the processor **124** of the electronic device **118** to indicate to the electronic device **118** at least one parameter of the battery **110** as the battery **110** is receiving the charging current. For example, the charging monitor **114** can signal the processor **124** of the electronic device **118** to indicate the status of a charging state of the battery **110**., i.e., whether the battery **110** is receiving a charging current from the charger **116**. The charging monitor **114** can also signal the processor **124** to indicate when the charging current has reached a predetermined threshold. These features may be useful, particularly if the processor **124** of the electronic device **118** is unable to monitor the charging current supplied by the charger **116**.

In response to the receipt of these signals, the processor **124** can be programmed to perform several functions. As an example, if the charging monitor **114** signals the processor **124** that the battery **110** is currently receiving a charging current from the charger **116**, the processor **124** can disable the electronic device charging circuit **120**. This process can prevent the battery from receiving excessive charging current. As another example, if the charging monitor **114** signals the processor **124** that the charging current supplied to the battery charging circuit **112** has reached a predetermined threshold, the processor **124** can update the charging indicator **126** of the display **122**. Through this input, a user can obtain a more accurate reading of the charge level of the battery **110**.

Referring to FIG. 2, the system **100** is shown in more detail. Specifically, the charger **116** can include a first coil **129**, and the battery charging circuit **112** can include a second coil **130**. The battery charging circuit **112** can also include a rectifier **132**, a smoothing capacitor **134**, a current sensor **136** and a current control device **138**, which can be coupled to the cells **128**. The current sensor **136** and the current control device **138** can be coupled to the charging monitor **114**, and the charging monitor **114** can control the operation of the current control device **138**. As pictured in FIG. 2, the charger **116** can be a wireless charger. That is, when the power supply **117** supplies current to the charger **116**, the first coil **129** can generate a charging current in the second coil **130** of the battery charging circuit **112**. Of course, it is understood that the invention is not limited in this regard, as the charger **116** can also be a conventional charger in which charging current is supplied through a charging wire.

In another arrangement, the charging monitor **114** can be a processor. In this example, the charging monitor **114** can include one or more analog-to-digital converters (not shown) for digitally converting analog signals. For example, the

4

inputs from the current sensor **136** can be coupled to A/D converters of the charging monitor **114**.

The battery **110** can also have one or more input/output lines **140**, which can be coupled between the charging monitor **114** and the processor **124** of the electronic device **118**. In one arrangement, these input/output lines **140** can be preexisting reading conductors. A preexisting reading conductor can be any conductor that is incorporated into the battery **110** and is initially designed to facilitate charging or operation of the battery **110** by permitting a processor to read any suitable measurement.

For example, the battery **110** can include a thermistor $R_T$. The thermistor $R_T$, a pull-up resistor $R_2$ and a voltage supply $V_S$ can form a voltage divider. As is known in the art, as the temperature of a battery changes, the resistance of a thermistor can correspondingly vary, which, in this case, can modify the voltage that the processor **124** or the charging monitor **114** can read on the relevant input/out line **140**, i.e., the preexisting reading conductor. This change in voltage allows the processor **124** or the charging monitor **114** to determine the temperature of the battery **110**.

As another example, the battery **110** can include an erasable programmable read-only memory (EPROM) **142**, which can be coupled to another resistor $R_1$ and the voltage supply $V_S$. As is known in the art, the processor **124** (or the charging monitor **114**) can prompt the EPROM **142** to enable the processor **124** (or the charging monitor **114**) to read, for example, charging information about the battery **110** stored in the EPROM **142**.

The input/output line **140** that serves as the preexisting reading conductor for the thermistor $R_T$ can include one or more branches **144**, which can be coupled to A/D converters in the charging monitor **114** and the processor **124** of the electronic device **118**. These branches **144** can facilitate the voltage readings associated with the thermistor $R_T$.

To demonstrate the operation of the system **100**, reference will be made to FIG. 3, which shows a method **300** for charging a battery. Although the method **300** of FIG. 3 and the system **100** of FIGS. 1 and 2 are used to describe one another, it is understood that the inventive arrangements can be practiced in any other suitable system. At step **310**, the method **300** can begin. At step **312**, a charging current can be supplied to a battery. For example, referring to FIG. 2 and as noted earlier, the charger **116** can be a wireless charger, and a charging current can be induced in the second coil **130** of the battery charging circuit **112**. The rectifier **132** can rectify the charging current, and the smoothing capacitor **134** can reduce the fluctuation of the charging current.

Referring back to FIG. 3, at step **314**, the charging current to the battery can be sensed. For example, referring back to FIG. 2, the charging monitor **114** can sense the charging current through the current sensor **136**. By sensing the charging current through the current sensor **136**, the charging monitor **114** can initially detect that the battery **110** is receiving a charging current from the charger **116** and can determine its magnitude. The charging monitor **114** can also control the amount of charging current flowing to the cells **128** of the battery **110** by manipulating the current control device **138**. For example, as is known in the art, when the voltage on the battery **110** reaches the maximum charge voltage of the battery **110**, the charging monitor **114** can reduce the magnitude of the charging current by operating the current control device **138**. In one particular arrangement, the current control device **138** can be a field effect transistor (FET), although other suitable components are within contemplation.

Referring back to the method **300** of FIG.3, the battery can selectively signal the electronic device to indicate at least one

US 7,705,565 B2

5                                                                                                    6

parameter of the battery as the battery is receiving the charging current, as shown at step **316**. At step **318**, a charging circuit in the electronic device can be disabled, and at step **320**, a charging indicator of the electronic device can be updated. Examples will be illustrated below in reference to FIG. **2** in which the parameters of the battery are a charging state of the battery (whether the battery is being charged) and a predetermined current threshold of the charging current. As an example, the selectively signaling step **316** can include toggling an input/output line between high and low states, as will also be described below.

When the charging monitor **114** senses the charging current through the current sensor **136**, the charging monitor **114** can pull to a high state one of the input/output lines **140**. For example, the charging monitor **114** can pull to a high state the input/output line **140** that also serves as the thermistor $R_T$ conductor. This high state can have a value that is in the high end of the voltage range for the thermistor $R_T$ voltage divider, although other suitable values can be used. In response, an interrupt can occur at the processor **124** of the electronic device **118**, and the processor **124** can disable the electronic device charging circuit **120**. This step can prevent the battery **110** from receiving excessive charging current should a user accidentally place the battery **110** on the charger **116** while the electronic device **118** is coupled to another charger.

As is known in the art, when a battery is being charged, the voltage of the battery is monitored first and when a battery reaches its maximum charge voltage, the charging current can be monitored. Thus, many times the charging current is monitored to determine when the battery is fully charged. In this example, the charging monitor **114** can begin to reduce the magnitude of the charging current through the current control device **138** when it detects that the battery **110** has reached its maximum charge voltage. The charging monitor **114** can continually reduce the value of the charging current until the battery **110** is fully charged. Although the processor **124** of the electronic device **118** may monitor the voltage of the battery **110** as it is being charged, it may not be able to track the charging current. As a result, the processor **124** may not be able to determine when the battery **110** is fully charged when the battery **110** receives a charging current from the charger **116**.

In accordance with the inventive arrangements, when the magnitude of the charging current reaches a predetermined current threshold during this process, the charging monitor **114** can pull to a low state the appropriate input/output line **140**. The predetermined current threshold can be a current magnitude that indicates that the battery **110** is fully or at least substantially charged to capacity. As an example, the charging monitor **114** can pull to a low state the input/output line **140** associated with the thermistor $R_T$. This step can also cause an interrupt to occur at the processor **124** of the electronic device **118**. The value for the low state can be in the low end of the voltage range for the thermistor $R_T$ voltage divider, although other suitable values can be employed. In response, the processor **124** can update the charging indicator **126** of the display **122**. This update can indicate to a user that the battery **110** is fully charged.

It must be noted that the invention is not limited to the examples presented above. For example, any suitable input/output line, including the input/output line **140** associated with the EPROM **142** can be used to signal the processor **124** of the electronic device **118**. Of coursed, the input/output lines **140** can be incorporated into any other suitable preexisting conductor. Moreover, the charging monitor **114** is not limited to being a processor, as presented above. Those of ordinary skill in the art will appreciate that the charging

monitor **114** can be comprised of any suitable combination of comparators and switches to carry out the inventive functions. It is also understood that the battery **110** can be charged without being attached to the electronic device **118**. In this arrangement, the appropriate pull-up resistors for the thermistor $R_T$ and EPROM **142** lines can be incorporated in the battery **110**.

As explained above, during the selectively signaling step (see step **316** of FIG. **3**), an input/output line can be toggled between high and low states. In another arrangement, the selectively signaling step can include the step of toggling the input/output line between a high state, a low state and a release state. Referring to FIGS. **4** and **5**, graphs representing examples of this toggling process are illustrated. Specifically, these voltage versus time graphs demonstrate the signal on an input/output line being pulled between high, low and release states. The voltage represents the voltage on an input/output line, and the numbers on the time axis represent predefined times.

For example, referring to FIGS. **2** and **4**, the input/output line **140** (such as the one associated with the thermistor $R_T$ line) can be pulled to and can currently be at a high state (see T=0). The charging monitor **114** can pull to a low state this input/output line **140**, even though the charging current has not yet reached the predetermined current threshold (see T=1). The charging monitor **114** can subsequently release the input/output line **140** (see T=2). That is, the charging monitor **114** can toggle the input/output line **140** to a release state. During the release state, the charging monitor **114** (or any other suitable component) can read the voltage associated with the thermistor $R_T$ to determine the temperature of the battery **110**. This voltage associated with the thermistor $R_T$ can have a value somewhere between the high and low states. Subsequently, the charging monitor **114** can pull back to a high state the input/output line **140** (see T=3).

As shown in the graph of FIG. **4**, this operation can be repeated any suitable number of times. Repeating this process can enable the charging monitor **114** to monitor the temperature of the battery **110** as the battery is being charged. Moreover, the processor **124** of the electronic device **118** can distinguish between the proper charging of the battery **110** and an inadvertent shorting of the thermistor $R_T$ line to a B+ input (see FIG. **2**).

Referring to FIGS. **2** and **5**, another example of this toggling process will be explained. Here, the charging current can already have reached the predetermined current threshold. As such, the input/output line **140**, e.g., the input/output line **140** associated with the thermistor $R_T$, can be pulled to a low state (see T=0). The charging monitor **114** can release the input/output line **140**, and the charging monitor **114** can determine the temperature of the battery **110** (see T=1). Next, the charging monitor **114** can pull to a high state the input/output line **140**, where it will remain for a certain period of time (see T=2). The charging monitor **114** can then pull back to a low state the input/output line **140** (see T=3). Similar to the steps described in relation to FIG. **4**, this operation can be repeated and allows the charging monitor **114** to determine the temperature of the battery **110**. Also, the processor **124** of the electronic device **118** can distinguish between proper charging of the battery **110** and an inadvertent shorting between the thermistor $R_T$ line and ground.

It is understood, however, that other techniques can be used to help the charging monitor **114** continue to monitor the temperature of the battery **110**. Moreover, other processes can be employed to help the processor **124** distinguish between accidental shorts.

US 7,705,565 B2

7

In addition, while the preferred embodiments of the invention have been illustrated and described, it will be clear that the invention is not so limited. Numerous modifications, changes, variations, substitutions and equivalents will occur to those skilled in the art without departing from the spirit and scope of the present invention as defined by the appended claims.

What is claimed is:

1. A method for charging a battery, comprising the steps of:
supplying a charging current from a first charger to a battery through a first charging circuit, wherein the battery includes the first charging circuit and provides power to an electronic device;
sensing the charging current to the battery;
selectively signaling the electronic device from the battery to indicate at least one parameter of the battery as the battery is receiving the charging current; and
in response to selectively signaling the electronic device, disabling a second charging circuit, wherein the electronic device includes the second charging circuit and the second charging circuit is capable of directing charging current to the battery if charging current is being fed to the electronic device from another charger.

2. The method according to claim 1, wherein the charging current from the first charging circuit is from a wireless charger.

3. The method according to claim 1, wherein the parameter is at least one of a charging state of the battery and a predetermined current threshold of the charging current from the first charging circuit.

4. The method according to claim 1, wherein the battery signals the electronic device over an input/output line and wherein the input/output line is a preexisting reading conductor.

5. The method according to claim 4, wherein the preexisting reading conductor is a thermistor line.

6. The method according to claim 1, further comprising the step of updating a charging indicator of the electronic device.

7. The method according to claim 4, wherein the selectively signaling step comprises the step of toggling the input/output line between a high state, a low state and a release state during the signaling step.

8. A method of wirelessly charging a battery, comprising the steps of:
supplying a charging current from a wireless charger to a battery;
sensing the charging current;
selectively toggling between high, release, and low states an input/output line between an electronic device and the battery to indicate to the electronic device at least one parameter of the battery as the battery is receiving the charging current, wherein the release state is a value that is between the high and low states.

9. A system for charging a battery, comprising:
an electronic device;
a first charger; and
a battery, wherein the battery supplies power to the electronic device, wherein the first charger supplies a charging current to the battery through a first charging circuit included in the battery and wherein the battery includes a charging monitor that senses the charging current and selectively signals the electronic device to indicate at least one parameter of the battery as the battery is receiving the charging current, wherein the electronic device includes a second charging circuit and is designed to disable the second charging circuit in response to the

8

signal indicating the parameter of the battery, wherein the second charging circuit is capable of directing charging current to the battery if charging current is being fed to the electronic device from a second charger.

10. The system according to claim 9, wherein the charger is a wireless charger and the charging monitor is a processor.

11. The system according to claim 9, wherein the parameter is at least one of a charging state of the battery and a predetermined current threshold of the charging current of the first charging circuit.

12. The system according to claim 9, further comprising an input/output line between the battery and the electronic device, wherein the charging monitor signals the electronic device over the input/output line and wherein the input/output line is a preexisting reading conductor.

13. The system according to claim 12, wherein the preexisting reading conductor is a thermistor line.

14. The system according to claim 9, wherein the charging monitor causes a charging indicator of the electronic device to be updated when the charger supplies the charger current to the battery.

15. The system according to claim 12, wherein the charging monitor toggles the input/output line between a high state, a low state and a release state when the charging monitor selectively signals the electronic device.

16. A system for wirelessly charging a battery, comprising:
a wireless charger;
a battery having a charging monitor; and
an input/output line for coupling between the battery and an electronic device, wherein the wireless charger supplies charging current to the battery and wherein the charging monitor selectively toggles between high, release, and low states the input/output line to indicate to the electronic device at least one parameter of the battery as the battery is receiving the charging current, wherein the release state is a value that is between the high and low states.

17. A battery, comprising:
a first charging circuit for receiving a charging current from a first charger; and
a charging monitor coupled to the first charging circuit, wherein the charging monitor senses the charging current received by the first charging circuit and selectively signals an electronic device powered by the battery to indicate at least one parameter of the battery as the battery is receiving the charging current and wherein the electronic device uses the signal to disable a second charging circuit, wherein the electronic device includes the second charging circuit and the second charging circuit is capable of directing charging current to the battery if charging current is being fed to the electronic device from a second charger.

18. An electronic device, comprising:
a processor;
an input/output line coupled to the processor;
a charging circuit that receives power from a first charger; and
a charging indicator;
wherein the processor is operable to detect signals from a battery having a second charging circuit over the input/output line, wherein the second charging circuit receives power from a second charger, and in response to the detection of the signals, the processor is further operable to disable the second charging circuit.

* * * * *