# Exhibit 4



Sonos

Full-Time   |   Anywhere                                                                  Website

Sonos is an industry leader in the smart speaker category and has been working to fill every home with music over the last 15+ years. Our speakers look and sound great, but the real magic is in the software, where our thought leadership and inventions have defined the way the rest of the technology industry now perceives solutions in this domain. Powering the core Sonos Product and our Partner experiences is the Sonos Sound Platform which comprises Services and APIs in the Cloud and on our Speakers (Players) on the LAN.

As Senior Product Manager, Software Platform you will be responsible for defining the vision and roadmap for the services and APIs on the speakers on the LAN. We are looking for a candidate to help deliver on our Sonos "outside the home", voice assistant and trustworthy platform strategies. Your stakeholders range from internal software and hardware teams to external partners across voice, smart home and content providers. Work in this area is critical for the next chapter of growth for the company and there are no shortage of career defining problems to solve.

As a candidate for this role, you bring a broad experience of delivering diverse portfolios of products for consumers and businesses that reach customers, globally.  You have experience bringing new products to market as well as scaling and optimizing more mature products. Experience with IoT, oAuth, Identity and Security and building API platforms is highly desirable. You are able to traverse the realms of business, experience design & technology and are able to rapidly simplify complex topics and communicate effectively at all organizational levels.

Responsibilities

- Define and communicate a product vision to executive management in order to gain alignment and prioritization across functions
- Develop and maintain a roadmap and goals that allow the team to deliver on the vision over the long term
- Work with your peers in engineering, quality, data and UX to set up the team to succeed, delivering on the product roadmap
- Identify and track KPIs so the team can build, measure, learn and iterate
- Negotiate project level trade-offs with engineering
- Mentor junior staff in order to scale your product management experience
- Seek opportunities for the team to learn from customers, partners & internal stakeholders
- Collaborate with internal stakeholders to manage dependencies, risk and schedules across software and hardware



**Get involved**

About us

Contact us

Post a Job

Join us on Slack

Join the Product Community

Sponsor a product event

Write for Mind the Product

Speak at Mind the Product

**Keep up to date**

Subscribe to our mailing list to keep up to date with the latest news.

Subscribe

Please read our Privacy Policy

Privacy Policy   |   Terms and Conditions   |   Cookies Settings   |   Code of Conduct   |   FAQ

Mind the Product is brought to you by Pendo.
© 2022 Pendo.io, Inc. All rights reserved. Pendo trademarks, product names, logos and other marks and designs are trademarks of Pendo.io, Inc. or its subsidiaries and may not be used without permission.