# Exhibit 6

# Contact Us

## Sales

Interested in Sonos? Our team is here to answer your questions and get your new system started.

Monday - Friday
10 am - 7 pm EST

Call toll free. Some charges may apply. Check with your provider.

Call 800-680-2345

Email us

## Support

We're here to help with setup, control, and system performance.

Visit Support Center

## Community

Connect with other Sonos listeners and get your questions answered.

Join the conversation

🇺🇸 United States ⌃

© 2022 Sonos, Inc.