# Exhibit 8

Get blockbuster sound from our most compact soundbar for $279    Shop Ray

SONOS       

Shop > Speakers



View in Your Space

# One

$219

4.1/5

Enjoy richly detailed sound and built-in voice control with this surprisingly powerful smart speaker.

More info ⌄

Selected
One ⌄

Black ⬤ ○

Add to cart

Backorder — Estimated to ship August 5, 2022

Or as low as $37/ month. **Klarna.** Learn more & Prequalify

Voice enabled                          Touch controls

Humidity resistant                     WiFi

Apple AirPlay 2



# The smart speaker for music lovers







## Room-filling sound

Hear greater detail and richer bass than you ever thought possible from a smart speaker, and enjoy sound that's perfectly adapted for your space with Trueplay tuning.



## Room-saving design

Compact enough for your kitchen counter and beautiful enough for your bookshelf, this speaker fits and looks good anywhere you want to listen.





Twice as amazing

Enjoy even clearer, more spacious sound when you create a stereo pair with One and the microphone-free One SL.





Plug, tap, play

Simply plug in the power cable and follow a few steps in the Sonos app to get started. In a few minutes you're streaming music, radio, podcasts, and audiobooks from all your favorite services.

# Freedom of control

 Sonos app

Connect all your streaming services, discover new music on Sonos Radio, and personalize settings.

 Touch

Tap or swipe the touch controls to pause the music, adjust the volume, skip a track, and more.

Direct

Stream from supported apps, including Amazon Music, Audible, Pandora, Spotify, and TIDAL.

 **AirPlay 2**

Send sound directly from your iPhone, iPad, or Mac, then ask Siri to turn it up from your device.



Sonos Voice Control

Say to play

Play music and control your system with hands-free ease and unmatched privacy.

Learn more →



Hands-free help

Ask Amazon Alexa or Google Assistant to set timers, check the news, control your smart home devices, and more.

8/5/22, 12:57 AM  Case 3:22-cv-04552-VKD   Document 1-8   Filed 08/08/22   Page 11 of 18
One. The Smart Speaker for Music Lovers | Sonos

 

Availability of voice services varies by country and language.

Google is a trademark of Google LLC.



Keep your options open

Build the perfect sound system over time when you mix and match Sonos speakers.

https://www.sonos.com/en-us/shop/one    10/17



### Sonos One Shelf

 $59.99

Create a designated space for your speaker with this custom-designed shelf.

Add to cart





### Sonos One Wall Mount

 $59

Mount your speaker to virtually any wall with this custom-designed adjustable mount.

Out of stock

Be first to know when this product is back in stock.

# Tech Specs

Audio          Details + Dimensions          Power + Connectivity          Bo

#### Amplifiers

Two Class-D digital amplifiers have been perfectly tuned to the speaker's unique acoustic architecture.

#### Tweeters

One tweeter creates a crisp high-frequency response.

#### Midwoofers

One midwoofer ensures faithful playback of mid-range frequencies and maximizes low-end output.

#### Microphones

The far-field microphone array uses advanced beamforming and multi-channel echo cancellation for quick and accurate voice control.

#### Adjustable EQ

Use the Sonos app to adjust bass, treble, and loudness.

#### Trueplay

This software measures the acoustics of the room then fine-tunes the speaker. Supported iOS device required.

Learn more

### FAQ

### Reviews

Product Guide 

## Select the best speaker for your space





**One**

$219

**One SL**

$199

Voice enabled

No microphones

Shop One SL →

## You may also like









**In-Ceiling Set**

Amp + In-Ceiling Speakers     $ 1,358



**Two Room Set with One SL**

2x One SL     $ 378   $ 398

Save $20

Pl**ay**

Soundba



## Free expedited shipping

Enjoy free, no-contact delivery on every order.



## Easy 45-day returns

If it isn't love at first listen, returns are hassle-free.



## Shop with an expert

Call 1-800-680-2345 for help creating your system.

## Never miss a beat. (Or an offer.)

Join the list to receive exclusive offers and updates.

Email address                                              Sign Up

By signing up here I agree to receive Sonos' email newsletter and special promotional offers.

| Help | Offers | About Sonos | For Businesses |
|---|---|---|---|
| Account | Last Chance | Our Company | Sonos Professional |
| Order Status | Certified Refurbished | News | Business Solutions |
| Shipping and Delivery | Sonos Upgrade Program | Careers | Developer Portal |
| Returns | | Investors | |
| Store Locator | Frontline Workers | Sustainability and Impact | |
| Live Experts | Student Discount | | |
| | Corporate Sales | Innovation | |

Contact Us                Sonos Beta                Blog

Terms of Sale                                       Sonos Voice Control

Legal                     Privacy Statement

Accessibility             Conformity

Site Map                  Security

Cookie settings

© 2022 Sonos, Inc.                                  🇺🇸 United States ⌃