# Exhibit 9

✕

Support Home (/s/)       Topics       Downloads (/s/downloads)       Sonos S2 Overview (/s/sonos-s2-overview)       Contact Us (/s/co        🔍

# Sonos Power Consumption While Idle

Sonos products are designed to use minimal electricity when powered on and not playing music. The table below describes the power consumed by each Sonos product while in idle mode, measured in Watts. Watts is a unit of power, not to be confused with W-hr (represents how much energy was used in some period of time).

| Product | 120V (North America) | 230V (European Union) |
|---|---|---|
| Play:1 | 3.4 Watts | 3.8 Watts |
| One (gen1)[1] | 3.8 Watts | 4.1 Watts |
| One (gen2)[1] | 3.1 Watts | 3.4 Watts |
| One SL | 3.0 Watts | 3.4 Watts |
| Play:3 | 4.1 Watts | 4.4 Watts |
| Play:5 (gen1) | 6.9 Watts | 8.0 Watts |
| Play:5 (gen2) | 2.1 Watts | 2.2 Watts |
| Five | 2.9 Watts | 3.1 Watts |
| Move[1][2] | 3.0 Watts | 3.2 Watts |
| Roam[1] (USB-C) | 1.34 Watts | 1.37 Watts |
| Roam[1] (Wireless Charger) | 2.79 Watts | 2.3 Watts |
| Roam SL (USB-C) | 1.24 Watts | 1.31 Watts |
| Roam SL (Wireless Charger) | 2.58 Watts | 2.18 Watts |
| Beam[1] (gen 1) | 5.8 Watts | 6.1 Watts |
| Beam[1] (gen 2) | 6.04 Watts | 6.3 Watts |
| Playbar | 5.8 Watts | 6.1 Watts |
| Playbase | 2.8 Watts | 3.0 Watts |

Feedback

| Product | 120V (North America) | 230V (European Union) |
|---|---|---|
| Arc | 4.3 Watts | 4.4 Watts |
| Ray | 2.92 Watts | 2.92 Watts |
| Port | 3.6 Watts | 3.7 Watts |
| Connect | 5.0 Watts | 5.6 Watts |
| Amp | 7.3 Watts | 6.8 Watts |
| Connect:Amp | 6.2 Watts | 6.4 Watts |
| Sub (gen 2) | 3.6 Watts | 3.8 Watts |
| Sub (gen 3) | 3.5 Watts | 3.8 Watts |
| Bridge | 3.9 Watts | 4.2 Watts |
| Boost | 2.2 Watts | 2.3 Watts |

Feedback

¹ Tested with microphone enabled.

² Tested on Charging Base with battery fully charged.

## Notes

All measurements were taken with a 230V or 120V input in environments that simulate the use of Sonos in the home.

Idle is defined as audio muted or paused on all players in the household for at least 3 minutes, and no audio signal is being sent to a line-in connection or home theater player (in most cases, this means that the TV is off).

All Sonos components take 3 minutes to go into idle mode, unless part of a Sonos home theater surround setup. The 3 minutes until idle can be initiated on a surround setup when audio is paused. If pause or mute is not initiated, idle power mode takes 13 minutes for all devices part of a surround setup after the audio signal ceases from the TV.

Please note that your Sonos product will consume approximately 0.3 W more with an Ethernet connection. With WiFi turned off, products can consume approximately 1 W less than typical figures.

Power measured with home measurement tools are subject to fluctuations and may report different power than listed above.

## Related Articles

Turning off Sonos (/s/article/985)

Sonos Amp power dissipation measurements (/s/article/3515)

Sonos Power Consumption - Guides - Sonos

Power adapter requirements for charging Sonos Roam (/s/article/5078)

Set up separate S1 and S2 Sonos systems (/s/article/4845)

Reboot Sonos products (/s/article/3636)

Was this article helpful?

○ Yes    ○ No

Submit

Preferred Language

| English ▼ |
| --- |

Visit sonos.com (https://www.sonos.com/)    Download the Sonos app (/s/downloads)    Get support (/s/contact)

© 2022 Sonos Inc.    Legal (https://www.sonos.com/legal/terms)    Privacy statement (https://www.sonos.com/legal/privacy)    Site map (https://www.sonos.com/sitemap)

Feedback