# Exhibit 13

Get blockbuster sound from our most compact soundbar for $279    Shop Ray

SONOS    

## Incredible sound.
## At your request.

Play music and control your system with hands-free ease and unmatched privacy. It all starts with "Hey Sonos".

*Available on all voice-enabled Sonos speakers.*

Hey Sonos, play Apple Music 1 radio in the kitchen

Playing Apple Music 1 radio in the kitchen 

Say it to play it

Request music from Sonos Radio, Apple Music, Amazon Music, Deezer, and Pandora.

    

## Move the music

Send sound all around your Sonos system without lifting a finger. Just ask to group and ungroup rooms, take the music with you, and play everywhere.



## Fine-tune the experience

Adjust the volume, skip, replay, pause, and manage your music library. With Arc or Beam, you can also ask Sonos to turn on the TV and adjust your home theater settings.

Support for music library management dependent on service.

Hey Sonos, louder

## Use your outdoor voice

Enjoy essential playback controls for volume and pausing while streaming with Bluetooth®.

Learn more →

Created by Sonos for Sonos listeners

Enjoy a more effortless voice control experience. It only takes a few taps in the Sonos app to get started.

### Quick

Sonos Voice Control limits responses and chimes so you can get to your music faster.

### Convenient

Follow one request after another without having to say "Hey Sonos" every time.



### Intuitive

Don't worry about how you word your request. Sonos Voice Control gets it.





### Hands-free is now worry-free

Enjoy the convenience of voice control without compromising your privacy. Requests are processed locally on your speaker so your voice is not sent to the cloud, recorded, transcribed, or stored.

## Shop voice-enabled speakers



**Move**
Portable Smart Speaker

$399

**One**
Smart Speaker

$219

**Arc**
Premium Sma

$899

## Questions?

Sonos Support is here to help. Find answers to frequently asked questions about Sonos Voice Control and more useful resources.

Visit Sonos Support →

## Never miss a beat. (Or an offer.)

Join the list to receive exclusive offers and updates.

Email address                                                                 Sign Up

By signing up here I agree to receive Sonos' email newsletter and special promotional offers.

| Help | Offers | About Sonos | For Businesses |
|---|---|---|---|
| Account | Last Chance | Our Company | Sonos Professional |
| Order Status | Certified Refurbished | News | Business Solutions |
| Shipping and Delivery | Sonos Upgrade Program | Careers | Developer Portal |
| Returns | Frontline Workers | Investors | |
| Store Locator | Student Discount | Sustainability and Impact | |
| Live Experts | Corporate Sales | Innovation | |
| Contact Us | Sonos Beta | Blog | |
| Terms of Sale | | Sonos Voice Control | |

Legal                                    Privacy Statement
Accessibility                        Conformity
Site Map                            Security
Cookie settings

© 2022 Sonos, Inc.

United States