# Exhibit 14

# Introducing Effortless Listening with Sonos Voice Control

## Sonos Voice Control is an entirely new voice experience that delivers fast, accurate hands-free control of your music and your Sonos system with unmatched privacy.

**New York – May 11, 2022** – Today, Sonos (Nasdaq: SONO) introduced the first voice experience created purely for listening on Sonos. Designed with privacy at its core, Sonos Voice Control is the simplest way to control your music, offering complete command of your Sonos system using only your voice.

*"Sonos is committed to delivering new experiences that effortlessly connect listeners to the content they love." said Joseph Dureau, Vice President, Voice Experience, Sonos. "One of the most natural ways to connect to your music is with your voice, but when we speak to our customers, we hear that privacy concerns mean many are choosing not to use voice control. Created purely for listening on Sonos and designed with privacy at its core, Sonos Voice control delivers the Sonos app experience using only your voice."*

Sonos Voice Control works on every voice-capable Sonos speaker, processing requests entirely on the device. No audio or transcript is sent to the cloud, stored, listened to or read by anyone. Available on new voice capable products and as a free update for existing customers, Sonos Voice Control is compatible with Sonos Radio, Apple Music, Amazon Music, Deezer, and Pandora at launch. More services and markets will follow.

*Fast, accurate control of your music and your Sonos System*
Sonos Voice Control finds the music you want to listen to, processing requests entirely on the device. Local processing delivers faster response times, and effortless follow-ups. All you need is one "Hey Sonos" and you can follow up without the need for additional wake-words. Just like the Sonos app, you can control music and speakers in any room, easily move music around the home, save and like your favorite songs to your personal music library and more.

*Natural conversation with Giancarlo Esposito*
Sonos Voice Control understands the nuance of human communication and will respond to natural commands like "turn it up!". After a careful search, Sonos chose award-winning actor Giancarlo Esposito - best known for his roles in Breaking Bad, Better Call Saul and The Mandalorian - to deliver a familiar voice for US customers. With careful recording, advanced processing and mastering, the voice is natural, unobtrusive, yet confident and engaging. Sonos' first voice will be joined by others over time as Sonos continues to expand the experience to new people and places.

*Sonos Voice Control is available in the US starting June 1 and in France later this year, with additional markets to follow.*

**About Sonos**
Sonos (Nasdaq: SONO) is the world's leading sound experience company. As the inventor of multi-room wireless home audio, Sonos innovation helps the world listen better by giving people access to the content they love and allowing them to control it however and wherever they choose. Known for delivering an unparalleled sound experience, thoughtful design aesthetic, simplicity of use, and an open platform, Sonos makes the breadth of audio content available to anyone. Sonos is headquartered in Santa Barbara, California. Learn more at www.sonos.com.