Exhibit 16

**Exhibit 16**
**Infringement Claim Chart for U.S. Pat. No. 7,705,565 ("the '565 patent")**

Sonos Products directly and/or indirectly infringe Claims 1, 9, and 18 ("Asserted Claims") of U.S. Patent No. 7,705,565 ("the '565 patent"). The Sonos Products that infringe the '565 patent include at least the Sonos Move, Sonos Roam, and Sonos Roam SL (collectively the "Accused Portable Products").

The Accused Portable Products infringe the '565 patent because they include systems, processors, and/or methods that provide for charging a battery, as claimed in the '565 patent. Additionally, the Sonos Roam device is representative of the Accused Portable Products at least because the other Accused Portable Products function in the same or substantially similar manner to the Sonos Roam device.

Google contends each of the following limitations is met literally, and, to the extent a limitation is not met literally, it is met under the doctrine of equivalents.

**References:**
- *Sonos Roam*, SONOS.COM, https://www.sonos.com/en-us/shop/roam.html (Ex. 17)
- *Sonos Roam User Guide*, SONOS.COM, https://www.sonos.com/en-us/guides/roam (Ex. 18)
- *Charging Your Sonos Roam or Roam SL*, SONOS.COM, https://support.sonos.com/s/article/4998?language=en_US (Ex. 19)
- *Sonos*, DESIGN.HOME-ASSISTANT.IO, https://www.home-assistant.io/integrations/sonos/ (Ex. 20)
- *Sonos LED lights*, SONOS.COM, https://support.sonos.com/s/article/226 (Ex. 21)

| Claims | Accused Portable Products |
|---|---|
| [1.pre] A method for charging a battery, comprising the steps of: | The Accused Portable Products are electronic devices that perform a method for charging a battery.<br><br>For example, the Sonos Roam player performs a method for charging a battery.<br><br><br><br>*See Sonos Roam*, SONOS.COM, https://www.sonos.com/en-us/shop/roam.html. |



*See Sonos Roam*, Sonos.com, https://www.sonos.com/en-us/shop/roam.html.

| | |
|---|---|
| [1.1] supplying a charging current from a first charger to a battery through a first charging circuit, | The Accused Portable Products supply a charging current from a first charger to a battery through a first charging circuit.<br><br>For example, the Sonos Roam player is capable of supplying a charging current to its internal battery from a wired charger using the USB-C connector on the Sonos Roam player. |



*See Sonos Roam*, Sonos.com, https://www.sonos.com/en-us/shop/roam.html.

# Tech Specs

Audio      Details + Dimensions      **Power + Connectivity**      Box Contents      Requirements

**WiFi**
Connect to WiFi with any 802.11a/b/g/n/ac 2.4 or 5 GHz broadcast-capable router.
Learn more

**Bluetooth**
Bluetooth 5.0 supports audio streaming from your Bluetooth-enabled smartphone, tablet, computer, or other device.

**Battery**
18Wh battery provides up to 10 hours of continuous playback on a single charge at moderate volumes.

**Charging**
Use the included USB A-C charging cable with any 5V/1.5A (7.5W) or higher USB power adapter. You can also use the Sonos Roam Wireless Charger or any Qi-certified wireless charger.

**USB-C Port**
15W, 5V/3A

**CPU**
Quad Core
1.4 GHz A-53

*See Sonos Roam*, Sᴏɴᴏs.ᴄᴏᴍ, https://www.sonos.com/en-us/shop/roam.html.

| | |
|---|---|
| **Battery** | 18Wh battery provides up to 10 hours of continuous playback on a single charge |
| **Charging** | Recharge with the included USB-C cable connected to a USB power adapter (7.5W (5V/1.5A) minimum; 10W recommended), a wireless Qi charger, or the **Sonos Roam Wireless Charger** (sold separately). |
| **Charging time** | 0% to 50% in 1 hour; 2 hours wirelessly |

*See Sonos Roam User Guide*, Sᴏɴᴏs.ᴄᴏᴍ, https://www.sonos.com/en-us/guides/roam.

| | |
|---|---|
| [1.2] wherein the battery includes the first | The battery in the Accused Portable Products includes a first charging circuit and provides power to an electronic device. |

| charging circuit and provides power to an electronic device; | For example, the battery in the Sonos Roam player provides power to the Sonos Roam player, and electronic device.  Further, the battery includes the first charging circuit in the form of circuitry to pass the current from the wired charger to the battery.<br><br><br><br>*See Sonos Roam*, Sᴏɴᴏꜱ.ᴄᴏᴍ, https://www.sonos.com/en-us/shop/roam.html. |

| | |
|---|---|
| Battery | 18Wh battery provides up to 10 hours of continuous playback on a single charge |
| Charging | Recharge with the included USB-C cable connected to a USB power adapter (7.5W (5V/1.5A) minimum; 10W recommended), a wireless Qi charger, or the **Sonos Roam Wireless Charger** (sold separately). |
| Charging time | 0% to 50% in 1 hour; 2 hours wirelessly |

*See Sonos Roam User Guide*, SONOS.COM, https://www.sonos.com/en-us/guides/roam.

| | |
|---|---|
| [1.3] sensing the charging current to the battery; | The Accused Portable Products sense the charging current to the battery.<br><br>For example, the Sonos Roam can signal charging status and charge level to a mobile device when the Roam is connected to power and charging.<br><br>## Check Roam's battery level<br><br>To view Roam's battery level, open the Sonos app and find your Roam in the ⊪ System tab. The battery's charge level is displayed as a percentage next to the battery icon.<br><br>A ⚡ is added to the battery indicator when Roam is connected to power to show that it is charging.<br><br>*See Sonos Roam*, SONOS.COM, https://support.sonos.com/s/article/4998?language=en_US<br><br>In addition, the Sonos Roam player displays a solid orange light to indicate charging for only about 10 seconds after charge begins. |

### Roam's battery light

The battery light on the front of Roam will flash orange when Roam is low on battery (15% charge or less).

When connected to power, Roam will display a solid orange light to indicate that it's charging. After about 10 seconds, the light will turn off but Roam will continue to charge.

If the battery is depleted or has a very low charge, the orange light will stay on longer than 10 seconds until Roam has enough charge to turn on. This charging time will vary based on the power adapter Roam is using and how depleted the battery is. Once the battery light turns off, Roam may still require additional charging before it can be used on battery power.



*See Sonos Roam*, SONOS.COM, https://support.sonos.com/s/article/4998?language=en_US.

In addition, the Sonos Roam includes "a sensor showing the current battery charge level."

| | |
|---|---|
| | **BATTERY SUPPORT NOTES**<br><br>Battery sensors are fully supported for the `Sonos Roam` and `Sonos Move` devices on S2 firmware. `Sonos Move` speakers still on S1 firmware are supported but may update infrequently.<br><br>For each speaker with a battery, a `sensor` showing the current battery charge level and a `binary_sensor` showing the power state of the speaker are created. The `binary_sensor` reports if the speaker is currently powered by an external source and its `power_source` attribute shows which specific source is providing the current power. This source attribute can be one of `BATTERY`, `SONOS_CHARGING_RING` if using wireless charging, or `USB_POWER` if charging via USB cable. Note that the Roam will report `SONOS_CHARGING_RING` even when using a generic Qi charger.<br><br>*See Sonos Roam*, DESIGN.HOME-ASSISTANT.IO, https://www.home-assistant.io/integrations/sonos/. |
| [1.4] selectively signaling the electronic device from the battery to indicate at least one parameter of the battery as the battery is receiving the charging current; and | In the Accused Portable Products, the battery selectively signals the electronic device to indicate at least one parameter of the battery as the battery is receiving the charging current.<br><br>*See supra* [1.3].<br><br>In addition, the power source for the Sonos Roam "can be one of Battery, Sonos_Charging_Ring if using wireless charging, or USB_Power if charging via USB cable."<br><br>For example, the Sonos Roam can signal charging status and charge level to a mobile device when the Roam is connected to power and charging. |

## Check Roam's battery level

To view Roam's battery level, open the Sonos app and find your Roam in the ᵢₗₗᵢ System tab. The battery's charge level is displayed as a percentage next to the battery icon.

A ⚡ is added to the battery indicator when Roam is connected to power to show that it is charging.

*See Sonos Roam*, Sᴏɴᴏs.ᴄᴏᴍ, https://support.sonos.com/s/article/4998?language=en_US

In addition, the Sonos Roam player displays a solid orange light to indicate charging for only about 10 seconds after charge begins.

## Roam's battery light



The battery light on the front of Roam will flash orange when Roam is low on battery (15% charge or less).

When connected to power, Roam will display a solid orange light to indicate that it's charging. After about 10 seconds, the light will turn off but Roam will continue to charge.

If the battery is depleted or has a very low charge, the orange light will stay on longer than 10 seconds until Roam has enough charge to turn on. This charging time will vary based on the power adapter Roam is using and how depleted the battery is. Once the battery light turns off, Roam may still require additional charging before it can be used on battery power.

*See Sonos Roam*, Sᴏɴᴏs.ᴄᴏᴍ, https://support.sonos.com/s/article/4998?language=en_US.

## BATTERY SUPPORT NOTES

Battery sensors are fully supported for the `Sonos Roam` and `Sonos Move` devices on S2 firmware. `Sonos Move` speakers still on S1 firmware are supported but may update infrequently.

For each speaker with a battery, a `sensor` showing the current battery charge level and a `binary_sensor` showing the power state of the speaker are created. The `binary_sensor` reports if the speaker is currently powered by an external source and its `power_source` attribute shows which specific source is providing the current power. This source attribute can be one of `BATTERY`, `SONOS_CHARGING_RING` if using wireless charging, or `USB_POWER` if charging via USB cable. Note that the Roam will report `SONOS_CHARGING_RING` even when using a generic Qi charger.

*See Sonos Roam*, DESIGN.HOME-ASSISTANT.IO, https://www.home-assistant.io/integrations/sonos/.

| [1.5] in response to selectively signaling the electronic device, disabling a second charging circuit, | In response to selectively signaling the electronic device, the Accused Portable Products disable a second charging circuit.<br><br>For example, the Sonos Roam player includes a second charging circuit in the form of the wireless charging circuit. |
| --- | --- |



*See Sonos Roam*, Sonos.com, https://www.sonos.com/en-us/shop/roam.html.

In addition, the "charging time [for Sonos Roam] will vary based on the power **adapter** [singular] Roam is using."



## Roam's battery light

The battery light on the front of Roam will flash orange when Roam is low on battery (15% charge or less).

When connected to power, Roam will display a solid orange light to indicate that it's charging. After about 10 seconds, the light will turn off but Roam will continue to charge.

If the battery is depleted or has a very low charge, the orange light will stay on longer than 10 seconds until Roam has enough charge to turn on. This charging time will vary based on the power adapter Roam is using and how depleted the battery is. Once the battery light turns off, Roam may still require additional charging before it can be used on battery power.

*See Sonos Roam*, Sonos.com, https://support.sonos.com/s/article/4998?language=en_US

In addition, a sensor for the Sonos Roam "reports if the [Sonos Roam] speaker is currently powered by an external source and its power_source attribute shows which specific source is providing the current power. This source attribute can be one of Battery, Sonos_Charging_Ring if using wireless charging, or USB_Power if charging via USB cable."

**BATTERY SUPPORT NOTES**

Battery sensors are fully supported for the `Sonos Roam` and `Sonos Move` devices on S2 firmware. `Sonos Move` speakers still on S1 firmware are supported but may update infrequently.

For each speaker with a battery, a `sensor` showing the current battery charge level and a `binary_sensor` showing the power state of the speaker are created. The `binary_sensor` reports if the speaker is currently powered by an external source and its `power_source` attribute shows which specific source is providing the current power. This source attribute can be one of `BATTERY`, `SONOS_CHARGING_RING` if using wireless charging, or `USB_POWER` if charging via USB cable. Note that the Roam will report `SONOS_CHARGING_RING` even when using a generic Qi charger.

*See Sonos Roam*, Design.home-assistant.io, https://www.home-assistant.io/integrations/sonos/.

Thus, when wireless charging is active and then a USB-C charger is connected, the wireless charging is disabled.

| [1.6] wherein the electronic device includes the second charging circuit and the second charging circuit is capable of directing charging current to the battery if charging current is being fed to the electronic device from another charger. | The Accused Portable Products include a second charging circuit, and the second charging circuit is capable of directing charging current to the battery if charging current is being fed to the electronic device from another charger.<br><br>For example, the Sonos Roam player includes a second charging circuit in the form of the wireless charging circuit, which directs charging current to the battery when a wireless charger is feeding charging current to the Sonos Roam player.<br><br><br><br>*See Sonos Roam*, Sonos.com, https://www.sonos.com/en-us/shop/roam.html. |
| 9. A system for charging a battery, comprising:<br>an electronic device;<br>a first charger; and<br>a battery, wherein the battery supplies power to the electronic device, wherein the first charger supplies a charging | *See supra* [1.pre] to [1.6]. |

| | |
|---|---|
| current to the battery through a first charging circuit included in the battery and wherein the battery includes a charging monitor that senses the charging current and selectively signals the electronic device to indicate at least one parameter of the battery as the battery is receiving the charging current, wherein the electronic device includes a second charging circuit and is designed to disable the second charging circuit in response to the signal indicating the parameter of the battery, wherein the second charging circuit is capable of directing charging current to the battery if charging current is being fed to the electronic device from a second charger. | |

| [18.pre] An electronic device, comprising: | The Accused Portable Products are electronic devices.<br><br>For example, the Sonos Roam player is an electronic device.<br><br><br><br>*See Sonos Roam*, Sonos.com, https://www.sonos.com/en-us/shop/roam.html. |
|---|---|
| [18.1] a processor; | The Accused Portable Products include a processor.<br><br>In particular, the Sonos Roam player includes a "CPU" that is a "Quad Core 1.4 GHz A-53." |



*See Sonos Roam*, SONOS.COM, https://www.sonos.com/en-us/shop/roam.html.

In addition, the Sonos Roam player is capable of both wired charging and wireless charging.



*See Sonos Roam*, SONOS.COM, https://www.sonos.com/en-us/shop/roam.html.



*See Sonos Roam*, Sᴏɴᴏs.ᴄᴏᴍ, https://www.sonos.com/en-us/shop/roam.html.

| [18.2] an input/output line coupled to the processor; | The Accused Portable Products include an input/output line coupled to the processor.<br><br>For example, the Sonos Roam player displays (output line) a solid orange light to indicate charging for only about 10 seconds after sensing that charge begins (input line). |
|---|---|

### Roam's battery light

The battery light on the front of Roam will flash orange when Roam is low on battery (15% charge or less).

When connected to power, Roam will display a solid orange light to indicate that it's charging. After about 10 seconds, the light will turn off but Roam will continue to charge.

If the battery is depleted or has a very low charge, the orange light will stay on longer than 10 seconds until Roam has enough charge to turn on. This charging time will vary based on the power adapter Roam is using and how depleted the battery is. Once the battery light turns off, Roam may still require additional charging before it can be used on battery power.



*See Sonos Roam*, Sᴏɴᴏs.ᴄᴏᴍ, https://support.sonos.com/s/article/4998?language=en_US

In addition, the Sonos Roam can signal charging status and charge level to a mobile device when the Roam is connected to power and charging.

### Check Roam's battery level

To view Roam's battery level, open the Sonos app and find your Roam in the ⅲ System tab. The battery's charge level is displayed as a percentage next to the battery icon.

A ⚡ is added to the battery indicator when Roam is connected to power to show that it is charging.

*See Sonos Roam*, Sᴏɴᴏs.ᴄᴏᴍ, https://support.sonos.com/s/article/4998?language=en_US

In addition, Sonos's guidance below regarding expected charging times states that "charging time will vary based on the power **adapter** [singular] Roam is using."

## Roam's battery light

The battery light on the front of Roam will flash orange when Roam is low on battery (15% charge or less).

When connected to power, Roam will display a solid orange light to indicate that it's charging. After about 10 seconds, the light will turn off but Roam will continue to charge.

If the battery is depleted or has a very low charge, the orange light will stay on longer than 10 seconds until Roam has enough charge to turn on. This charging time will vary based on the power adapter Roam is using and how depleted the battery is. Once the battery light turns off, Roam may still require additional charging before it can be used on battery power.



*See Sonos Roam*, SONOS.COM, https://support.sonos.com/s/article/4998?language=en_US

In addition, a sensor for the Sonos Roam "reports if the [Sonos Roam] speaker is currently powered by an external source and its power_source attribute shows which specific source is providing the current power. This source attribute can be one of Battery, Sonos_Charging_Ring if using wireless charging, or USB_Power if charging via USB cable."

|  | **BATTERY SUPPORT NOTES**<br><br>Battery sensors are fully supported for the `Sonos Roam` and `Sonos Move` devices on S2 firmware. `Sonos Move` speakers still on S1 firmware are supported but may update infrequently.<br><br>For each speaker with a battery, a `sensor` showing the current battery charge level and a `binary_sensor` showing the power state of the speaker are created. The `binary_sensor` reports if the speaker is currently powered by an external source and its `power_source` attribute shows which specific source is providing the current power. This source attribute can be one of `BATTERY`, `SONOS_CHARGING_RING` if using wireless charging, or `USB_POWER` if charging via USB cable. Note that the Roam will report `SONOS_CHARGING_RING` even when using a generic Qi charger.<br><br>*See Sonos Roam*, DESIGN.HOME-ASSISTANT.IO, https://www.home-assistant.io/integrations/sonos/. |
| [18.3] a charging circuit that receives power from a first charger; and | The Accused Portable Products include charging circuitry that receives power from a first charger.<br><br>For example, the Sonos Roam player includes circuitry to receive power from a wired charger using a USB-C connector. |



*See Sonos Roam*, SONOS.COM, https://www.sonos.com/en-us/shop/roam.html.

| [18.4] a charging indicator; | The Accused Portable Products include a charging indicator.<br><br>For example, the Sonos Roam player indicates charging and battery status with an orange/red light on the bottom-front face of the player. |
| --- | --- |

| | |
|---|---|
| | **Battery light**<br><br>Portable Sonos products have a battery light that shows charging and battery status.<br><br>**Solid orange**<br>The portable Sonos product is charging. The light will show for ten seconds after the portable Sonos product has been connected to power. The product will continue charging when the light turns off.<br><br>**Flashing orange**<br>The portable Sonos product has a low battery (<15%).<br><br>**Flashing red**<br>The portable Sonos product is experiencing a fault condition. If you see a flashing red battery light, contact Sonos Support.<br><br>*See Sonos LED lights*, SONOS.COM, https://support.sonos.com/s/article/226. |
| [18.5] wherein the processor is operable to detect signals from a battery having a second charging circuit over the input/output line, | The processor in the Accused Portable Products is operable to detect signals over the input/output line from a battery having a second charging circuit.<br><br>*See supra* [18.2].<br><br>In addition, the Sonos Roam player has a second charging circuit in the form of the wireless charging circuit. |

| | |
|---|---|
| | <br>*See Sonos Roam*, SONOS.COM, https://www.sonos.com/en-us/shop/roam.html. |
| [18.6] wherein the second charging circuit receives power from a second charger, and | In the Accused Portable Products, the second charging circuit receives power from a second charger.<br><br>For example, the Sonos Roam's wireless charging circuit receives power from a wireless charger.<br><br>*See Sonos Roam*, SONOS.COM, https://www.sonos.com/en-us/shop/roam.html. |

| [18.7] in response to the detection of the signals, the processor is further operable to disable the second charging circuit. | In the Accused Portable Products, the processor is operable to disable the second charging circuit in response to the detection of the signals.<br><br>*See supra* [18.2]. |
|---|---|