Exhibit 17

Get blockbuster sound from our most compact
soundbar for $279

Shop Ray

# SONOS

   

Shop  >  Portable Speakers

Exclusive




View in Your Space

# Roam

$179

Experience size-defying sound at home and on the go with this lightweight, outdoor-ready portable smart speaker.

More info ⌄

Selected
**Roam**                                                                ⌄

Wave                                           ○  ○  ○  ⊙  ○

Add to cart

**In stock.**

Or as low as $30/ month. **Klarna.** Learn more & Prequalify



Waterproof (IP67)            Apple AirPlay 2

Drop resistant              Button controls

10 hour battery life        WiFi

Automatic Trueplay™         Bluetooth®



Voice enabled







A seamless listening experience, everywhere

Enjoy the unmatched Sonos experience on WiFi, and stream audio directly from your smartphone, tablet, or computer using Bluetooth.

Compare WiFi and Bluetooth



Not just easy — automatic

Roam automatically connects to your WiFi network at home and pairs with your device when you're away. So the only thing you have to think about is what to play.

# Unbelievable sound

Precision-engineered acoustics deliver incredible clarity and depth, defying all expectations for a speaker this small.

Exclusive colors

Express yourself with bold hues you'll only find here.

Tunes itself like magic

Using automatic Trueplay tuning technology, Roam adapts the sound for your surroundings and content.





## Ready to soundtrack your day

The built-in rechargeable battery powers up to 10 hours of continuous playback at moderate volumes.

Estimate for 50% volume while streaming over WiFi.





# Refined design

Roam blends beautifully into every corner of your home, and the lightweight ergonomic design is easy to handle on the go.

# Rugged durability

Case 3:22-cv-04552-VKD   Document 1-17   Filed 08/09/22   Page 12 of 23
Roam | Portable Waterproof Smart Speaker | Sonos

Featuring shock-absorbent materials and an IP67 dust and water resistance rating, Roam is primed for every type of weather and terrain.

* Speaker can be submerged in one meter of water for up to 30 minutes.

# Freedom of control

 **Sonos app**

Connect all your streaming services, discover new music on Sonos Radio, and personalize settings.

 **AirPlay 2**

Send sound directly from your iPhone, iPad, or Mac, then ask Siri to turn it up from your device.

 **Buttons**

Just press to play, pause, skip, repeat, turn off the microphone, and manually switch to Bluetooth.

 **Bluetooth**

Play sound from your smartphone, tablet, or another Bluetooth-enabled device paired with the speaker.





## Sonos Voice Control

**Say to play**

Play music and control your system with hands-free ease and unmatched privacy.

Learn more →





## Hands-free help

Ask Amazon Alexa or Google Assistant to set timers, check the news, control your smart home devices, and more.

 

Availability of voice services varies by country and language.

Google is a trademark of Google LLC.





## Keep your options open

Build the perfect sound system over time when you mix and match Sonos speakers.



Sonos 10W USB Power Adapter

Sonos 10W USB Power Adapter



$19

Charge Roam or Roam SL at full speed when you connect the USB A-C cable or Sonos Roam
Wireless Charger to this power adapter.

Add to cart



**Sonos Roam Wireless Charger**

$49

Make charging a snap with this custom magnetic wireless charger and the included 10W USB Power Adapter.

Add to cart

# Tech Specs

## Audio            Details + Dimensions            Power + Connectivity            Bo

### Amplifiers

Two Class-H digital amplifiers have been perfectly tuned to the speaker's unique acoustic architecture.

### Tweeters

One tweeter creates a crisp high-frequency response.

### Midwoofers

One midwoofer ensures faithful playback of mid-range frequencies and maximizes low-end output.

### Microphones

The far-field microphone array uses advanced beamforming and multi-channel echo cancellation for quick and accurate voice control and automatic Trueplay tuning.

### Adjustable EQ

Use the Sonos app to adjust bass, treble, and loudness.

**Automatic Trueplay**

This software continuously adjusts the speaker's sound for its environment and audio content.

Learn more

**Sound Swap**

Hold the Play/Pause button to send sound between Roam and the nearest Sonos product in your system.

Learn more

FAQ                                                                               +

Reviews                                                                           +

Product Guide                                                                     +

# Choose the perfect portable speaker





## Roam

$179

Waterproof (IP67)

Lightweight

10 hour battery life

Voice enabled

## Move

$399

Water resistant (IP56)

Powerful

11 hour battery life

Voice enabled

Shop Move →

## You may also like







← →

## 2 Room Set with One

2x One                    ○  ○   $ 438

## One SL

Speaker            ○  ○   $ 199

## Adver

2x Roam



## Free expedited shipping

Enjoy free, no-contact delivery on every order.



## Easy 45-day returns

If it isn't love at first listen, returns are hassle-free.



## Shop with an expert

Call 1-800-680-2345 for help creating your system.

## Never miss a beat. (Or an offer.)

Join the list to receive exclusive offers
and updates.

Email address                                    Sign Up

By signing up here I agree to receive Sonos' email newsletter and special promotional offers.

**Help**

Account

Order Status

Shipping and Delivery

Returns

Store Locator

Live Experts

Contact Us

Terms of Sale

**Offers**

Last Chance

Certified Refurbished

Sonos Upgrade
Program

Frontline Workers

Student Discount

Corporate Sales

Sonos Beta

**About Sonos**

Our Company

News

Careers

Investors

Sustainability and
Impact

Innovation

Blog

Sonos Voice Control

**For Businesses**

Sonos Professional

Business Solutions

Developer Portal

Legal

Accessibility

Site Map

Cookie settings

Privacy Statement

Conformity

Security

© 2022 Sonos, Inc.

🇺🇸 United States ⌃