# Exhibit 19

Support Home (/s/)    Topics    Downloads (/s/downloads)    Sonos S2 Overview (/s/sonos-s2-overview)    Contact Us (/s/co

# Charging your Sonos Roam or Roam SL

This article provides information on how to charge your Sonos Roam or Roam SL with a USB-C cable (included), wireless Qi charger, or the Sonos Wireless Charger.

**Important power adapter requirements**

Some older USB phone chargers may not provide enough power to charge Roam's battery. See our Roam power adapter requirements (https://support.sonos.com/s/article/5078) article to make sure you're using an adapter that provides enough power.

## Connect Roam to power

### Using a USB-C cable

A USB-C cable is included with Roam. Roam's USB-C port is located below the button on the back of the product. When charging, ensure that the USB-C cable is fully inserted into your Roam and power source.

Roam will charge from 0% to 50% in about one hour when using a USB-C cable.



# Using the Sonos Wireless Charger

You can charge your Roam wirelessly using the Sonos Wireless Charger accessory (https://www.sonos.com/shop/roam-wireless-charger). When the Wireless Charger is plugged in, place Roam so it is standing vertically on top of the charger to begin charging.

Roam will charge from 0% to 50% in about two hours when using the Sonos Wireless Charger.



# Check Roam's battery level

To view Roam's battery level, open the Sonos app and find your Roam in the ıl|ı System tab. The battery's charge level is displayed as a percentage next to the battery icon.

A ⚡ is added to the battery indicator when Roam is connected to power to show that it is charging.

# Roam's battery light

The battery light on the front of Roam will flash orange when Roam is low on battery (15% charge or less).

When connected to power, Roam will display a solid orange light to indicate that it's charging. After about 10 seconds, the light will turn off but Roam will continue to charge.

If the battery is depleted or has a very low charge, the orange light will stay on longer than 10 seconds until Roam has enough charge to turn on. This charging time will vary based on the power adapter Roam is using and how depleted the battery is. Once the battery light turns off, Roam may still require additional charging before it can be used on battery power.

Feedback



## Battery life

Roam's 18WH battery provides up to 10 hours of continuous playback on a single charge. Pausing, volume level, Bluetooth, heat exposure, and other factors will cause battery life to fluctuate.

Feedback

## Related Articles

Set up your Sonos Roam (/s/article/4994)

Power adapter requirements for charging Sonos Roam (/s/article/5078)

Pair Sonos Roam with Bluetooth (/s/article/4989)

Get to know your Sonos Roam (/s/article/5079)

Roam doesn't charge via USB-C cable (/s/article/5054)

Was this article helpful?

◯ Yes    ◯ No

Preferred Language

[ English ▼ ]

Visit sonos.com (https://www.sonos.com/)    Download the Sonos app (/s/downloads)    Get support (/s/contact)

© 2022 Sonos Inc.    Legal (https://www.sonos.com/legal/terms)    Privacy statement (https://www.sonos.com/legal/privacy)    Site map (https://www.sonos.com/sitemap)