# Exhibit 21

✕ 

Support Home (/s/)   Topics   Downloads (/s/downloads)   Sonos S2 Overview (/s/sonos-s2-overview)   Contact Us (/s/co

# Sonos LED lights

This article covers the meaning of the different colors and patterns displayed by the lights found on Sonos products.

## Status light

The status light is located on the front or top of your Sonos product, usually near the touch or button controls.



### Solid white

The Sonos product is powered up and functioning properly.

If your Sonos product shows a solid white light but is missing from the Sonos app, follow the steps in Products missing from the Sonos app (https://support.sonos.com/s/article/3406).



### No light

The Sonos product is not powered on. Make sure that the power cable is fully inserted into the Sonos product as well as a working outlet. If you have a portable Sonos speaker, turn it back on using the power button or by placing it on the charging base.

The status light can also be disabled using the Sonos app. If your Sonos product is working properly and shows up in the Sonos app, you can enable or disable the status light (https://support.sonos.com/s/article/5040) in the Settings tab. The LED will be turned off by default on Sonos Arc.

Feedback



### Flashing white

The Sonos product is booting up after being plugged into power. The status light will also flash white while it's waiting to connect to the network.



### Solid green

The Sonos product is muted. You can increase the volume using the Sonos app or the volume controls on the product itself.



## Flashing green

The Sonos product is powered on and ready to be set up (https://support.sonos.com/s/article/2627). It has not yet been configured or connected to a Sonos system.

If your Sonos product is not brand new, a flashing green light means that the product was reset (https://support.sonos.com/s/article/1096) and is ready to be set up.



## Slowly flashing green

This light appears on home theater surrounds that have been disabled using the Sonos app.

You can re-enable your home theater surrounds in the Sonos app for iOS or Android in the ☼ **Settings** tab. Under **System**, choose your home theater product from the list, then tap **Surround Audio** and re-enable the **Surrounds** option.



## Solid orange

During setup, a solid orange light means that the Sonos product was not able to complete the setup process. You can clear this state by rebooting your Sonos product (https://support.sonos.com/s/article/3636).

A solid orange light can also mean that the Sonos product is overheating. Turn off your Sonos product and allow it to cool down before attempting to power it back on. If the light remains solid orange, contact Sonos Support (https://support.sonos.com/s/contact).



## Flashing orange

During setup, the status light will flash orange while the Sonos product is establishing a connection.

The status light may flash orange rapidly after you press the Play/Pause button on a Sonos product. This means that there's nothing in the playback queue or nothing was played recently. If this happens, use the Sonos app to start playing something instead.



## Flashing orange and white

The status light will flash orange and white when your Sonos product is updating.

If you're resetting your Sonos product (https://support.sonos.com/s/article/1096), the status light will flash orange and white while the reset is in process.

In rare cases, a flashing orange and white status light indicates a fault condition. If the product is an Amp or Connect:Amp, see our article on no sound from Amp with a flashing orange and white light (https://support.sonos.com/s/article/2923) for troubleshooting steps. Otherwise, contact Sonos Support (https://support.sonos.com/s/contact).



### Flashing red

A new (or reset) Sonos product will show a flashing red light if it is not set up within 30 minutes of powering on. You can clear this state by rebooting your Sonos product (https://support.sonos.com/s/article/3636).



### Flashing red and white

The Sonos product failed to update. Reboot your Sonos product (https://support.sonos.com/s/article/3636) and attempt to update the product again. If the issue continues, contact Sonos Support (https://support.sonos.com/s/contact).



### Flashing blue

The portable Sonos product is in Bluetooth pairing mode (https://support.sonos.com/s/article/4982) and is available to connect with a device via Bluetooth.



### Solid blue

The portable Sonos product has connected with a device in Bluetooth mode. Note that the light will remain solid blue if the Sonos product loses connection to the device.



### Flashing pattern of red, white, orange, and green

The Sonos product is in a hardware diagnostic mode. You can clear this by pressing the product's ⊚ Join button. If your product doesn't have a Join button, you can press the ▷|| Play/Pause or 🔇 Mute button instead.

# Microphone light

Sonos products with microphones have a white LED microphone light to indicate whether the mic is on or off.



#### No light

The microphone on the Sonos product is disabled. Voice assistants and automatic Trueplay™ are unavailable.



#### Solid white

The microphone is enabled.

### Battery light

Portable Sonos products have a battery light that shows charging and battery status.



#### Solid orange

The portable Sonos product is charging. The light will show for ten seconds after the portable Sonos product has been connected to power. The product will continue charging when the light turns off.



#### Flashing orange

The portable Sonos product has a low battery (<15%).



#### Flashing red

The portable Sonos product is experiencing a fault condition. If you see a flashing red battery light, contact Sonos Support (https://support.sonos.com/s/contact).

### Roam Wireless Charger light

#### Flashing orange

The Roam Wireless Charger shows a flashing orange light when it is experiencing a fault condition. If you see a flashing orange light on your Wireless Charger, contact Sonos Support (https://support.sonos.com/s/contact).

### Related Articles

Reboot Sonos products (/s/article/3636)

Reset your Sonos product (/s/article/1096)

Pair Sonos Roam with Bluetooth (/s/article/4989)

Pair Sonos Move with Bluetooth (/s/article/3570)

Error 1005 when updating Sonos (/s/article/4899)

Was this article helpful?

◯ Yes   ◯ No

Preferred Language

English

Visit sonos.com (https://www.sonos.com/)   Download the Sonos app (/s/downloads)   Get support (/s/contact)

© 2022 Sonos Inc.   Legal (https://www.sonos.com/legal/terms)   Privacy statement (https://www.sonos.com/legal/privacy)   Site map (https://www.sonos.com/sitemap)

Feedback