# Exhibit 22

| Support Home (/s/) | Topics | Downloads (/s/downloads) | Sonos S2 Overview (/s/sonos-s2-overview) | Contact Us (/s/co |

# Set up your Sonos Roam

| 📱 Mobile device required | SONOS Sonos S2 required |

This article will help you get started with setting up your Sonos Roam. You can find more information on product features and specs on Roam's product page (https://www.sonos.com/shop/roam.html).

## Before you start

- Turn on your Sonos Roam by pressing the button on the back or by plugging it in to power via USB cable. Roam will show a blinking green light when it's ready to be set up.

- Download the Sonos app for iOS or Android. (https://support.sonos.com/s/downloads) The app will guide you through the set up process.



## Set up a new Sonos system with Roam

1. Open the Sonos app for iOS or Android.
2. Tap **Set up a new system**, then create or sign in to your Sonos account.
3. Tap **Add** on the popup showing your Sonos product.
4. Follow the steps in the app to set up your Roam and add your music services.

## Add Roam to your existing Sonos system

Feedback

1. Open the Sonos app for iOS or Android.
2. From the ☼ **Settings** tab, tap **System** > **Add Product**.
3. Follow the steps in the app to connect Roam to your Sonos system.

---

**Problems during setup?**

If your Roam is having trouble connecting during setup, check our "Product not found" article (https://support.sonos.com/s/article/3567) for some help.

---

You can switch your Roam over to Bluetooth mode at any time. See our article Pair Sonos Roam with Bluetooth (https://support.sonos.com/s/article/4989) for instructions on pairing your Roam to your Bluetooth devices.

For more information on Sonos Roam and its features, see our articles about charging your Roam (https://support.sonos.com/s/article/4998), swapping audio from Roam to your other Sonos products (https://support.sonos.com/s/article/4990), and Auto Trueplay (https://support.sonos.com/s/article/3569).

## Related Articles

Set up your Sonos system (/s/article/2627)

Set up your Sonos Amp (/s/article/4717)

Set up your Sonos Sub (/s/article/4805)

Set up your Sonos Beam (/s/article/2659)

Charging your Sonos Roam or Roam SL (/s/article/4998)

**Was this article helpful?**

○ Yes   ○ No

Feedback

**Preferred Language**

[ English ▼ ]