QUINN EMANUEL URQUHART & SULLIVAN, LLP

  Charles K. Verhoeven (Bar No. 170151)
  charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

  S. Alex Lasher (*pro hac vice* application forthcoming)
  alexlasher@quinnemanuel.com
  Jeffrey Gerchick (*pro hac vice* application forthcoming)
  jeffgerchick@quinnemanuel.com
  Nina S. Tallon (*pro hac vice* application forthcoming)
  ninatallon@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

  David A. Nelson (*pro hac vice* application forthcoming)
  davenelson@quinnemanuel.com
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

  Patrick D. Curran (*pro hac vice* application forthcoming)
  patrickcurran@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Facsimile: (617) 712-7200

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>       Plaintiff,<br><br>    vs.<br><br>SONOS, INC.,<br><br>       Defendant. | CASE NO. 22-cv-04552<br><br>**PLAINTIFF GOOGLE LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC discloses the following:

1. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

DATED:  August 8, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Patrick D. Curran
　　Patrick D. Curran
　　Attorneys for GOOGLE LLC