QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

S. Alex Lasher (*pro hac vice* application forthcoming)
alexlasher@quinnemanuel.com
Jeffrey Gerchick (*pro hac vice* application forthcoming)
jeffgerchick@quinnemanuel.com
Nina S. Tallon (*pro hac vice* application forthcoming)
ninatallon@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

David A. Nelson (*pro hac vice* application forthcoming)
davenelson@quinnemanuel.com
191 N. Wacker Dr., Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Patrick D. Curran (*pro hac vice* application forthcoming)
patrickcurran@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
Telephone: (617) 712-7100
Facsimile: (617) 712-7200

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SONOS, INC.,<br><br>Defendant. | CASE NO. 22-cv-04552<br><br>**NOTICE OF APPEARANCE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the following attorney hereby appears in this action as counsel of record for Plaintiff Google LLC in the above-captioned matter, and respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action be served on him to:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

DATED: August 8, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *\/s/ Charles K. Verhoeven*
Charles K. Verhoeven
Attorneys for GOOGLE LLC