UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>SONOS, INC.,<br><br>        *Defendant*. | Case No. 5:22-cv-04552-VKD<br><br>**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR A STAY PENDING ITC PROCEEDING** |

AND NOW, this _____ day of _____, 2022, upon consideration of Defendant's Unopposed Motion for a Stay Pending ITC Proceeding, it is hereby ordered that:

1. The Motion is GRANTED;
2. The case is STAYED until further order;
3. The parties shall jointly advise the Court of the final decision in the 1329 Investigation no more than fourteen (14) days after the determination of the 1329 Investigation becomes final; and
4. Defendant shall have thirty (30) days from the dissolution of said stay to move against, answer, or otherwise response to the complaint filed in this action.

 

_____
Honorable Virginia K. DeMarchi
United States Magistrate Judge