# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GOOGLE LLC,

    *Plaintiff*,

v.

SONOS, INC.,

    *Defendant*.

Case No. 5:22-cv-04552-VKD

**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR A STAY PENDING ITC PROCEEDING**

Dkt. No. 12

    AND NOW, this ___12th___ day of _September_, 2022, upon consideration of Defendant's Unopposed Motion for a Stay Pending ITC Proceeding, it is hereby ordered that:

1. The Motion is GRANTED;
2. The case is STAYED until further order;
3. The parties shall jointly advise the Court of the final decision in the 1329 Investigation no more than fourteen (14) days after the determination of the 1329 Investigation becomes final; and
4. Defendant shall have thirty (30) days from the dissolution of said stay to move against, answer, or otherwise response to the complaint filed in this action.

*Virginia K. DeMarchi* (signature)
Honorable Virginia K. DeMarchi
United States Magistrate Judge