| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Patrick D. Curran (Bar No. 241630)<br>patrickcurran@quinnemanuel.com<br>111 Huntington Ave., Suite 520<br>Boston, Massachusetts 02199<br>Telephone:   (617) 712-7100<br>Facsimile:   (617) 712-7200<br><br>Attorneys for GOOGLE LLC | ALYSSA CARIDIS (STATE BAR NO. 260103)<br>acaridis@orrick.com<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Telephone: +1 415 773 5700<br>Facsimile: +1 415 773 5759<br><br>Attorneys for Defendant Sonos, Inc. |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>SONOS, INC.,<br><br>      Defendants. | Case No. 3:22-cv-04552-AMO<br><br>**JOINT STATUS REPORT PURSUANT TO DKT. 22** |

1    Pursuant to the Court's order of November 20, 2024 (Dkt. 22), Plaintiff Google LLC ("Google") and Defendant Sonos, Inc. ("Sonos") submit this joint status report regarding this case.

On August 8, 2022, Google filed its complaint asserting infringement U.S. Patent Nos. 10,593,330, 10,134,398, and 7,705,565 (the "'330 Patent," "'398 Patent," and "'565 Patent," respectively). Dkt. 1.

On August 9, 2022, Google filed a complaint in the ITC alleging a violation of Section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337 ("Section 337") based on alleged infringement of the same three patents. The ITC instituted an Investigation responsive to Google's complaint, styled ITC Investigation No. 337-TA-1329 ("the 1329 Investigation").

On September 12, 2022, this Court stayed this case pending the disposition of the 1329 Investigation. Dkt. 13.

On October 18, 2022, the ITC terminated the 1329 Investigation as to the '565 Patent.

On May 17, 2023, Sonos moved for summary determination in the 1329 Investigation that the '330 and '398 Patents are invalid under 35 U.S.C. § 112 as indefinite. Google opposed this motion.

On May 15, 2024, the U.S. Patent Trial and Appeal Board ("PTAB") found the asserted claims of the '398 Patent and the '330 Patent invalid under 35 U.S.C. §§ 102, 103. Google has appealed these decisions to the Federal Circuit. Google filed its opening appeal brief on November 18, 2024, Sonos filed its response brief on February 26, 2025, and Google filed its reply brief on April 9, 2025. The parties will promptly inform the Court once a decision from the Federal Circuit is received.

On July 31, 2024, Sonos moved again for summary determination in the 1329 Investigation that the '398 Patent and '330 Patent are invalid for the same reasons that the PTAB concluded these patents were invalid. Google opposed this motion.

On March 7, 2025, the presiding administrative law judge ("ALJ") in the 1329 Investigation issued a claim construction order finding the asserted claims of the '330 Patent and '398 Patent invalid as indefinite, and issued an initial determination granting Sonos' first motion for summary determination of invalidity based on indefiniteness. On the same day, the ALJ issued an order

01980-00201/15909582.1

denying Sonos' motion for summary determination that the '398 Patent and '330 Patent are invalid for the same reasons that the PTAB concluded these patents were invalid.

Google has filed a petition for Commission review of the ALJ's initial determination granting Sonos' motion for summary determination based on indefiniteness. Sonos' response to Google's petition for review is due on June 5, 2025.

The target date in the 1329 Investigation is currently July 7, 2025.

The parties agree that pursuant to 28 U.S.C. § 1659 this case should remain stayed until a decision from the Commission in the 1329 Investigation becomes final. The parties will promptly inform the Court once that occurs.

Respectfully submitted,

| | |
|---|---|
| Dated: June 2, 2025 | Respectfully submitted, |
| /s/ *Patrick Curran*<br>Patrick Curran<br>Attorneys for GOOGLE LLC | /s/ *Alyssa Caridis*<br>Alyssa Caridis<br>Attorneys for SONOS INC. |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| *Counsel for Plaintiff Google LLC* | *Counsel for Defendant Sonos Inc.* |

**ECF ATTESTATION**

I, Patrick Curran, am the ECF User whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT. In compliance with General Order 45, X.B., I hereby attest that Counsel for Sonos has concurred in this filing.

Dated: June 2, 2025

By: */s/ Patrick Curran*